# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re Kay A. May, | ) | No. 19-05026-amk King v. May |
| | ) | No. 15-51137-amk |
| Debtor. | ) | Chapter No. 13 |
| | ) | |
| | ) | Judge Alan M. Koschik |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF MOTION

To: Counsel of Record

Please take notice that on May 16, 2019 at 3:00 P.M., counsel for Creditor shall appear before Judge Koschik in the courtroom usually occupied by him at 2 South Main Street, Akron, Ohio, and then and there present Evin King's Motion For Relief From Stay [36].

RESPECTFULLY SUBMITTED,

/s/ Mark Loevy-Reyes
Attorneys for Plaintiff

Mark Loevy-Reyes
LOEVY & LOEVY
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Mark Loevy-Reyes, an attorney, hereby certify that I served the foregoing Notice of Motion to all counsel of record via CM/ECF and to the debtor via U.S. mail on April 4, 2019.

/s/ Mark Loevy-Reyes

1